RECEIVED
18 JUL 12 AM 8:25
SUPERIOR COURT

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

PATRICIA WASHINGTON,

Plaintiff,

v.

ISLANDIA CORPORATION and CHARLES DWYER,

Defendants.

CIVIL NO. ST-17-CV-385

ACTION FOR DAMAGES

## DEFENDANTS ISLANDIA CORPORATION AND CHARLES DWYER'S ANSWER AND AFFIRMATIVE DEFENSES

Defendants, ISLANDIA CORPORATION ("ISLANDIA") and CHARLES DWYER ("DWYER"), by and through the undersigned counsel and pursuant to the Virgin Islands Rules of Civil Procedure, hereby file their Answer and Affirmative Defenses to Plaintiff, PATRICIA WASHINGTON's ("Plaintiff") Complaint, and state as follows:

1. Admitted Plaintiff filed this action against the Defendants. Otherwise, all allegations in paragraph 1 are denied are phrased.

## JURISDICTION & VENUE

2. Defendants are without personal knowledge as to the allegations in paragraph 2; therefore, denied.

3. Admitted ISLANDIA is a corporation registered in the British Virgin Islands. All other allegations in paragraph 3 are denied as phrased.

4. Denied as phrased.



EXHIBIT
5

5. Denied.

6. Denied.

## FACTS COMMON TO ALL COUNTS

7. Defendants are without personal knowledge as to the allegations in paragraph 7; therefore, denied.

8. Admitted ISLANDIA owns the *S/V Islandia.* All other allegations in paragraph 8 are denied as phrased.

9. Denied as phrased.

10. Defendants are without personal knowledge as to the allegations in paragraph 10; therefore, denied.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

## COUNT I- Negligence of Captain Charles Dwyer

20. The allegations in paragraph 20 of the Complaint state conclusions of law, to which no response is required by DWYER. To the extent a response is required, denied as phrased.

21. Denied.

- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.
- Denied.

22. Denied.

23. Denied.

24. Denied.



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

## COUNT II- Vicarious Liability of Islandia Corporation

25. Admitted DWYER was an employee of ISLANDIA during the time alleged in Plaintiff's lawsuit. Otherwise, all allegations in paragraph 25 are denied as phrased.

26. The allegations in paragraph 26 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

27. The allegations in paragraph 27 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

28. The allegations in paragraph 28 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

29. The allegations in paragraph 29 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

30. The allegations in paragraph 30 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

31. The allegations in paragraph 31 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

32. The allegations in paragraph 32 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

33. The allegations in paragraph 33 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

## COUNT III- Negligence of Islandia Corporation

34. The allegations in paragraph 34 of the Complaint state conclusions of law, to which no response is required by ISLANDIA. To the extent a response is required, denied as phrased.

35. Denied.

- Denied.
- Denied.
- Denied.

36. Denied.

37. Denied.

38. Denied.

## Damages

39. Denied.

All relief demanded is Denied.

Defendants deny each and every material allegation not heretofore controverted and demand strict proof thereof.



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

WHEREFORE, Defendants, ISLANDIA CORPORATION and CHARLES DWYER, respectfully request this Court dismiss Plaintiff, PATRICIA WASHINGTON's Complaint, with prejudice, enter judgment in Defendants' favor and against Plaintiff, and for further relief as this Court deems just and proper.

**AFFIRMATIVE DEFENSES**

Defendants, ISLANDIA and DWYER, reiterate their responses to Plaintiff's allegations above, and for its' affirmative defenses, state:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a cause of action for negligence against ISLANDIA. Specifically, the Complaint fails to allege sufficient facts to support the existence of a legal duty or breach thereof on the part of ISLANDIA which was the proximate cause of Plaintiff's purported damages.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a cause of action for negligence against DWYER. Specifically, the Complaint fails to allege sufficient facts to support the existence of a legal duty or breach thereof on the part of DWYER which was the proximate cause of Plaintiff's purported damages.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a cause of action for vicarious liability against ISLANDIA.

**FOURTH AFFIRMATIVE DEFENSE**



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

Plaintiff was herself negligent and her negligence was the legal cause of her damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, were caused either in whole or in part by the negligent actions or inactions of third parties for whom Defendants are not responsible, and said actions or inactions amount to a superseding cause that cut off any causal connection between Defendants' alleged negligence and Plaintiff's alleged damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff had a reasonable opportunity to mitigate her damages, but failed to do so. Plaintiff's recovery, if any, must be reduced by the amount of damages incurred as a result of Plaintiff's failure to mitigate.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks damages including aggravation of prior or pre-existing injuries or conditions, ISLANDIA and DWYER are entitled to a set-off for settlement monies paid to the Plaintiff for the same injuries or conditions as a result of prior or subsequent lawsuits, claims or accidents.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recovery from ISLANDIA or DWYER because, at all times material hereto, there were unforeseen, superseding and/or intervening causes which proximately caused or contributed to the incident alleged in the



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690

Complaint, over which neither ISLANDIA or DWYER had control, and for which ISLANDIA and DWYER are not liable.

## RESERVATION OF DEFENSES

Defendants, ISLANDIA and DWYER, expressly reserve the right to amend and/or add additional defenses and affirmative defenses as discovery and investigation continues.

## GENERAL DENIAL

Defendants, ISLANDIA and DWYER, hereby deny all allegations of the Plaintiff's Complaint which are not responded to, above.

## DEMAND FOR JURY TRIAL

Defendants, ISLANDIA and DWYER, demands a trial by jury of all matters so triable by right.

Respectfully submitted,

CHIVONNE A.S. THOMAS, ESQ.
V.I. Bar No. 1168
Hamilton, Miller & Birthisel, VI P.C.
*Attorneys for Islandia Corporation and Charles Dwyer*
Mailing Address:
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone 305-379-3686
Telefax 305-379-3690
cthomas@hamiltonmillerlaw.com
cbbserve@hamiltonmillerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **July 12, 2018**, a true and correct copy of the foregoing was hand delivered to:

Michael Fitzsimmons, Esq.
Duensing & Casner
9800 Buccaneer Mall, Bldg. 2, Suite 9
St. Thomas, U.S. Virgin Islands 00802
mfitzsimmons@vilawyers.com



HAMILTON, MILLER & BIRTHISEL, VI P.C.
A U.S. VIRGIN ISLANDS PROFESSIONAL CORPORATION
MAILING ADDRESS: 150 SOUTHEAST SECOND AVENUE, SUITE 1200, MIAMI, FLORIDA 33131 • 305-379-3686 • FAX 305-379-3690